CLOSED

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:24-mj-01467-LLL-1

| | |
|---|---|
| Case title: USA v. Pesteleu | Date Filed: 10/21/2024 |
| Other court case number: 24-mj-1443 District of New Mexico | Date Terminated: 10/22/2024 |

Assigned to: Magistrate Judge Laura Lothman Lambert

### Defendant (1)

**Claudiu Pesteleu**  represented by **Sabra Barnett**
*TERMINATED: 10/22/2024*    Office of Federal Defender, Middle District of Florida
200 West Forsyth Street
Suite 1240
Jacksonville, FL 32202
904-232-3039
Email: sabra_barnett@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 1: 18:1349; CONSPIRACY TO COMMIT WIRE FRAUD. 2: 18:1956(h); CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS. | |

### Plaintiff

**USA**  represented by **Andrew Tysen Duva**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6348
Fax: 904/301-6310
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/21/2024 | 1 | Arrest pursuant to Rule 5(c)(3) of Claudiu Pesteleu from the District of New Mexico. (NK) (Entered: 10/22/2024) |
| 10/21/2024 | 2 | MINUTE Entry for In Person proceedings held before Magistrate Judge Laura Lothman Lambert: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/21/2024 as to Claudiu Pesteleu from the District of New Mexico. (DIGITAL) (NK) (Entered: 10/22/2024) |
| 10/21/2024 | 3 | ORAL MOTION to Appoint Counsel by Claudiu Pesteleu. (NK) (Entered: 10/22/2024) |
| 10/21/2024 | 4 | ORAL MOTION for Detention by USA as to Claudiu Pesteleu. (NK) (Entered: 10/22/2024) |
| 10/21/2024 | 5 | ***CJA 23 Financial Affidavit by Claudiu Pesteleu (filed in open court). (NK) (Entered: 10/22/2024) |
| 10/21/2024 | 6 | WAIVER of Rule 5 & 5.1 Hearings hearing by Claudiu Pesteleu (filed in open court). (NK) (Entered: 10/22/2024) |
| 10/22/2024 | 7 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER (granting 3 ORAL Motion to Appoint Counsel) as to Claudiu Pesteleu(1). Signed by Magistrate Judge Laura Lothman Lambert on 10/22/2024. (NK)** (Entered: 10/22/2024) |
| 10/22/2024 | 8 | **COMMITMENT TO ANOTHER DISTRICT as to Claudiu Pesteleu. Defendant committed to the District of New Mexico. Signed by Magistrate Judge Laura Lothman Lambert on 10/21/2024. (NK)** (Entered: 10/22/2024) |
| 10/22/2024 | 9 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of New Mexico as to Claudiu Pesteleu. Signed by Magistrate Judge Laura Lothman Lambert on 10/22/2024. (NK)** (Entered: 10/22/2024) |
| 10/22/2024 |  | NOTICE to District of New Mexico of a Rule 5 Initial Appearance as to Claudiu Pesteleu regarding your case number: 24-mj-1443. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (NK) (Entered: 10/22/2024) |

United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                              NO. 3:24-MJ-1467-LLL

**CLAUDIU PESTELEU**

___

### Clerk's Minutes

Proceeding:             Initial Appearance- Rule 5(c)(3)

| Judge | Laura Lothman Lambert United States Magistrate Judge | Date and Time | 10/21/2024 3:08 p.m. – 3:29 p.m. |
|---|---|---|---|
| Deputy Clerk | Natasa Kojic | Tape/Reporter | Digital |
| Counsel for United States | Tysen Duva, Assistant United States Attorney | Counsel for Defendant | Sabra Barnett, Esquire |
| Interpreter | None Present | Pretrial | Daniel Dumpit |

Court requested presence of counsel for possible appointment. Sabra Barnett is present.

Defendant arrested on a warrant issued out of the District of New Mexico.

Defendant advised of rights, charge, and penalties.

Defendant requested court appointed counsel. The defendant placed under oath and questioned regarding financial condition. Court will appoint the Office of the Federal Defender.

**Order to enter**.

Counsel for the defendant advised the Court that the defendant desires to waive his identity, detention, and preliminary hearings, reserving his right to have his detention and preliminary hearings in the charging district.

Defendant questioned regarding waiving such rights. Waiver of Rule 5(c)(3) Hearings executed in open court.

**[Continued to Page Two]**

USA v. Presteleu
Case No.: 3:24-mj-1467-LLL
Page Two

_____

The Court finds that the defendant knowingly, intentionally, voluntarily, and freely waived his right to identity, detention, and preliminary hearings, reserving the right to have his detention and preliminary hearings in the charging district.

The defendant is detained and shall be transported to the District of New Mexico.

**Order of Commitment to enter.**

Future hearings to be set by Magistrate Judge and/or District Judge in the charging district.

**Filed in Open Court:**
   **Waiver of Rule 5(c)(3) Hearings**

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:24-mj-1467-LLL |
| Claudiu Pesteleu ) | |
| ) | Charging District's Case No. 2:24-mj-1443 |
| _Defendant_ ) | |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of New Mexico__

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)  a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)  a hearing on any motion by the government for detention;

(6)  request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ ~~a detention hearing.~~

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or ~~detention~~ hearing to which I may be ~~entitled~~ in this district. I request that my
☑ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/21/2024

_Defendant's signature_

_Signature of defendant's attorney_

Sarah Barnett

_Printed name of defendant's attorney_

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                                                            NO. 3:24-MJ-1467-LLL

CLAUDIU PESTELEU

_____

### Order Appointing Counsel

The Court has examined the defendant, **Claudiu Pesteleu**, under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. The **Office of the Federal Defender** is appointed to represent the defendant in this case.

**Ordered** in Jacksonville, Florida on October 22, 2024.

*[signature]*
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
A. Tysen Duva, Assistant United States Attorney
Office of the Federal Defender

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Claudiu Pesteleu ) | Case No. 3:24-mj-1467-LLL |
| ) | |
| ——————————————— ) | Charging District's |
| *Defendant* ) | Case No. 2:24-mj-1443 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of New Mexico,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 10/21/2024

*Judge's signature*

LAURA LOTHMAN LAMBERT, U.S. Magistrate Judge
*Printed name and title*

United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:24-MJ-1467-LLL

**CLAUDIU PESTELEU**

_____

### Order

The defendant appeared before this Court under Rule 5(c)(3), Fed.R.Crim.P., having been arrested on an arrest warrant, based on a Complaint filed in the District of New Mexico. The defendant was advised of the charges, the potential consequences, and his rights, including his right to counsel.

The defendant was appointed counsel and freely, voluntarily, knowingly, and intentionally waived rights to identity, detention, and preliminary hearings in this district while reserving the right to have the detention and preliminary hearings held in the District of New Mexico. Accordingly, the Clerk of the Court shall transmit any appropriate documentation to the District of New Mexico and close this file.

**Ordered** in Jacksonville, Florida on October 22, 2024.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
A. Tysen Duva, Assistant United States Attorney
Office of the Federal Defender
United States Marshals Service
United States Pretrial Services
Defendant